UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXALDO TOPACIO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>VERIZON COMMUNICATIONS INC., a corporation, and VERIZON NETWORK INTEGRATION CORP., a corporation,<br><br>Defendants. | 07 CIV 8342<br><br>Civ. No. _____ |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Verizon Communications Inc. and Verizon Network Integration Corp. hereby files this Corporate Disclosure Statement.

Counsel for Defendant certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Verizon Communications Inc. is a corporation organized under the laws of the state of Delaware, and discloses that it is publicly traded. No one person, parent corporation or publicly held corporation owns more than 10% of Verizon Communications Inc.'s stock.

Verizon Network Integration Corp. is a private corporation organized under the laws of the state of Delaware, and is a wholly-owned subsidiary of Verizon Investments

NYI-4021823v2

Inc., which in turn is a wholly-owned subsidiary of Verizon Communications Inc., whose stock is publicly traded.

Dated: September 25, 2007
       New York, New York

Respectfully submitted,

VERIZON COMMUNICATIONS INC. and VERIZON NETWORK INTEGRATION CORP.

By: _____
Shari M. Goldsmith (SG-0909)
Kathleen L. McAchran (*pro hac vice* admission to be filed)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Stanley Weiner (*pro hac vice* admission to be filed)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:   (216) 586-3939
Facsimile:   (216) 579-0212

## CERTIFICATE OF SERVICE

I certify that on September 25, 2007, the foregoing Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

>Adam T. Klein
>Justin M. Swartz
>Carmelyn P. Malalis
>Outten & Golden LLP
>3 Park Avenue, 29th Floor
>New York, NY  10016
>(212) 245-1000

>Shari M. Goldsmith (SG – 0909)
>Jones Day
>222 East 41st Street
>New York, NY 10017-6702
>(212) 326-3939