MEMO ENDT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXALDO TOPACIO, on behalf of himself and all others similarly situated,

      Plaintiff,

- vs -

VERIZON COMMUNICATIONS INC., a corporation and VERIZON NETWORK INTEGRATION CORP., a corporation

      Defendants.

07 CIV 8342 (CM)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE**

---

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, the attorneys for Plaintiff Exaldo Topacio ("Plaintiff") and Defendants Verizon Communications Inc. and Verizon Network Integration Corp. (collectively, "Defendants") in the above-captioned action that: (1) Defendants filed a notice of removal of Plaintiff's state court action to this Court on September 25, 2007; (2) the parties previously agreed that with respect to the state court complaint – the operative pleading prior to Defendants' filings of their Notice of Removal to the United States District Court for the Southern District of New York – that Defendants' time to answer, move or otherwise respond to the Complaint in the above-captioned action was extended to October 26, 2007; and (3) that the parties' previously agreed upon extension of time for Defendants to answer, move or otherwise respond is extended to October 26, 2007, shall now apply to the Complaint in the above-captioned federal court action. This is the first request for an extension of this deadline.

Dated: New York, New York
September 26, 2007

_____
Adam T. Klein
Justin M. Swartz
Carmelyn P. Malalis
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000

**Attorneys for Plaintiff**

_____
Shari M. Goldsmith (SG-0909)
Kathleen L. McAchran (*pro hac vice* admission to be filed)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Stanley Weiner (*pro hac vice* admission to be filed)
JONES DAY
North Point,
901 Lakeside Avenue
Cleveland, OH 49114-1190
(216) 586-3939

**Attorneys for Defendants**

SO ORDERED:

_____
Hon. Colleen McMahon, U.S.D.J

NYI-4026841v1   9-28-07