**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Carmelyn P. Malalis (CM 3350)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EXALDO TOPACIO,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VERIZON COMMUNICATIONS INC.**, a corporation and **VERIZON NETWORK INTEGRATION CORP.**, a corporation,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>07 Civ. 8342 (CM) |

PLEASE TAKE NOTICE that Carmelyn P. Malalis of OUTTEN & GOLDEN LLP hereby appears in the above-entitled proceeding on behalf of Plaintiff, Exaldo Topacio, and on behalf of a class of others similarly situated, and that she hereby requests service upon her of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated:  New York, New York
        November 14, 2007

/s/ Carmelyn P. Malalis
Carmelyn P. Malalis (CM 3350)
*Outten & Golden LLP*
3 Park Ave, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
*Attorneys for Plaintiffs*