**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**EXALDO TOPACIO, on behalf of himself**
**and all others similarly situated,**

**Plaintiff,**

**-against-**

**VERIZON COMMUNICATIONS INC., a**
**corporation, and VERIZON NETWORK**
**INTEGRATION CORP., a corporation,**

**Defendants.**

**No. 07-CIV-8342 (CM)**

**NOTICE OF MOTION AND**
**MOTION FOR ADMISSION TO**
**PRACTICE PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Joseph J. Bernasky, a member in

good standing of the Bar of this Court, hereby move this Court, before the Honorable Colleen

McMahon, United States District Court Judge, for an Order allowing the admissions pro hac vice

of

STANLEY WEINER
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114
Phone: 216-586-3939
Fax: 216-579-0212
E-mail: sweiner@jonesday.com

and

KATHLEEN L. MCACHRAN
Jones Day
222 East 41st Street
New York, NY 10017
Phone: 212-326-3939
Fax: 212-755-7306
E-mail: kmcachran@jonesday.com

to appear and practice before this Court as attorneys on behalf of defendants Verizon

Communications Inc. and Verizon Network Integration Corp. in the above captioned matter.

STANLEY WEINER is a member in good standing of the Bar of the States of Texas and

Wisconsin.  There are no pending disciplinary proceedings against STANLEY WEINER in any

State or Federal Court.

KATHLEEN L. MCACHRAN is a member in good standing of the Bar of the State of

California and of the District of Columbia.  There are no pending disciplinary proceedings

against KATHLEEN L. MCACHRAN in any State or Federal Court.


Dated: New York, New York
       January 24, 2008

                                        Respectfully submitted,

                                        Joseph J. Bernasky (JB-1420)
                                        JONES DAY
                                        222 East 41st Street
                                        New York, NY  10017
                                        (212) 326-3939

                                        *Attorneys for Defendants
                                        Verizon Communications Inc. and Verizon
                                        Network Integration Corp.*


NYI-4034622v2

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXALDO TOPACIO, on behalf of himself
and all others similarly situated,

             Plaintiff,

        -against-

VERIZON COMMUNICATIONS INC., a
corporation, and VERIZON NETWORK
INTEGRATION CORP., a corporation,

          Defendants.

No. 07-CIV-8342 (CM)

AFFIDAVIT OF
JOSEPH J. BERNASKY
IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE

JOSEPH J. BERNASKY, being duly sworn, deposes and says:

1.     I am a member in good standing of the Bar of this Court and an associate of Jones Day, counsel to defendants Verizon Communications Inc. and Verizon Network Integration Corp. in the above captioned matter. I submit this affidavit in support of Defendants' application for an order granting Stanley Weiner and Kathleen L. McAchran admission pro hac vice to appear and practice before this Court as counsel for Defendants in the above-captioned matter pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

2.     Stanley Weiner is a Partner at Jones Day and is of high moral character. He was admitted to practice before the courts of the State of Texas on August 22, 1986 and the courts of the State of Wisconsin on May 21, 1979. He has been and is a member in good standing of the aforementioned bars. His Certificates of Good Standing from the Clerk of the Supreme Court of Texas and the Clerk of the Supreme Court of Wisconsin are annexed hereto as Exhibits A and B, respectively.

3.    Kathleen L. McAchran is Of Counsel at Jones Day and is of high moral character. She was admitted to practice before the courts of the State of California on December 4, 1990 and the courts of the District of Columbia on July 9, 1993.  She has been and is a member in good standing of the aforementioned bars.  Her Certificates of Good Standing from the Clerk of the Supreme Court of California and the Clerk of the Court of Appeals for the District of Columbia are annexed hereto as Exhibits C and D, respectively.

4.    Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I move the admission of Stanley Weiner and Kathleen L. McAchran, pro hac vice, to appear and practice before this Court as counsel for Defendants in the above-captioned matter.

5.    Because no novel issue of law is involved in this motion, I further request that this Court waive the requirement of a supporting memorandum of law pursuant to Rule 7.1 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

6.    Attached as Exhibit E is a proposed order granting the admission of Stanley Weiner and Kathleen L. McAchran, pro hac vice.

7.    There has been no prior application for the relief requested herein.

WHEREFORE, it is respectfully requested that this Court grant the motion to admit Stanley Weiner and Kathleen L. McAchran, <u>pro hac vice</u>, to the bar of this Court to represent Defendants in the above captioned matter.

Dated:  January 24, 2008
        New York, New York

Respectfully submitted,

Joseph J. Bernasky
JB-1420

Notarized:

MARJORIE F. SHAPIRO
NOTARY PUBLIC, State of New York
No. 01-4739182
Qualified in Nassau County
Cert. Filed in New York County
Commission Expires Feb. 28, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on January _24_, 2008, the foregoing document was filed with the

Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or

the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service

upon the following parties:

Adam T. Klein
Justin M. Swartz
Carmelyn P. Malalis
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000
Attorneys for Plaintiff
Exaldo Topacio

Joseph J. Bernasky (JB-1420)
Jones Day
222 East 41st Street
New York, NY 10017-6702
jjbernasky@jonesday.com
(212) 326-3939

NYI-4034645v2

4

**EXHIBIT A**

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Stanley Weiner**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 22nd day of August, 1986.

I further certify that the records of this office show that, as of this date

**Stanley Weiner**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 4th day of January, 2008.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*

Brad Sonego, Deputy Clerk

No. 6279

**EXHIBIT B**

**WISCONSIN SUPREME COURT**

OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

*CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*STANLEY WEINER*

*was admitted to practice as an attorney within this state on May 21, 1979 and is presently in good standing in this court.*

*Dated: January 4, 2008*

*DAVID R. SCHANKER*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing

**EXHIBIT C**

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

January 15, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KATHLEEN LOUISE MCACHRAN, #150848 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; that from the date of admission to September 16, 2004, she was an ACTIVE member of the State Bar of California; that on September 16, 2004, she was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar membership fees; that said suspension remained in effect to October 29, 2004 upon which last mentioned date she was reinstated by the Supreme Court upon payment of all delinquent State Bar fees and penalties; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**EXHIBIT D**



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Kathleen L. McAchran

was on the    9th    day of    July, 1993

duly qualified and admitted as an attorney and counselor. This

attorney is, on the date indicated below, voluntarily registered as

an inactive member in good standing of the District of Columbia Bar

and, therefore, is not currently eligible to practice law in the

District of Columbia.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on January
11, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

**EXHIBIT E**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EXALDO TOPACIO, on behalf of himself
and all others similarly situated,

         Plaintiff,

       -against-

VERIZON COMMUNICATIONS INC., a
corporation, and VERIZON NETWORK
INTEGRATION CORP., a corporation,

         Defendants.

No. 07-CIV-8342 (CM)

[PROPOSED] ORDER GRANTING
ADMISSION TO PRACTICE
PRO HAC VICE

      UPON THE MOTION of Joseph J. Bernasky, associate of Jones Day, counsel to

defendants Verizon Communications Inc. and Verizon Network Integration Corp., pursuant to

Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern

Districts of New York, and said sponsor attorney's affidavit in support;

      IT IS HEREBY ORDERED that

         STANLEY WEINER
         Jones Day
         901 Lakeside Avenue
         Cleveland, Ohio 44114
         Phone: 216-586-3939
         Fax:  216-579-0212
         E-mail:  sweiner@jonesday.com

and

         KATHLEEN L. MCACHRAN
         Jones Day
         222 East 41st Street
         New York, NY 10017
         Phone: 212-326-3939
         Fax: 212-755-7306
         E-mail:  kmcachran@jonesday.com

are admitted to appear and practice pro hac vice before this Court as counsel for defendants

Verizon Communications Inc. and Verizon Network Integration Corp. in the above captioned

matter.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Each attorney admitted to practice pro hac vice is required to pay a $25.00

attorney admission fee to the Clerk of Court.

This Order confirms the appearance of Stanley Weiner and Kathleen L. McAchran as

counsel for Defendants in the above captioned matter, and it will be entered on the Court's

docket.  A notation of the admission pro hac vice for the above captioned matter will be made on

the roll of attorneys.

The attorneys admitted pro hac vice must serve a copy of this Order on all other counsel

in this case.

Dated: New York, New York
　　　　＿＿＿＿＿＿＿＿＿＿, 2008


　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　Hon. Colleen McMahon
　　　　　　　　　　　　　　　　United States District Judge


NYI-4034634v2