UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EXALDO TOPACIO, on behalf of himself )
and all others similarly situated, )
 )
          Plaintiff, )
 )   No. 07-CIV-8342 (CM)
     -against- )
 )
VERIZON COMMUNICATIONS INC., a )   STIPULATION OF DISMISSAL
corporation, and VERIZON NETWORK )   WITH PREJUDICE
INTEGRATION CORP., a corporation, )
 )
          Defendants. )
------------------------------------------------------------x

      In accordance with terms of Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated that this action and all claims that were or could have been asserted by Plaintiff herein are dismissed with prejudice. Each party shall bear its or his own costs.

      IT IS SO STIPULATED.

COI-1399394v3

Dated: August 28, 2008
New York, New York

Respectfully submitted,

/s/ _____
Adam T. Klein
Justin M. Swartz
Carmelyn P. Malalis
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000
Attorneys for Plaintiff
Exaldo Topacio

/s/ _____
Shari M. Goldsmith (SG-0909)
Kathleen L. McAchran (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Stanley Weiner (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: 216-586-3939
Facsimile: 216-579-0212

Attorneys for Defendants
Verizon Communications Inc. and
Verizon Network Integration Corp.

COI-1399394v3